

> Application denied. The Court will issue an oral ruling at the June 13, 2024 conference. The Court will not hear argument from counsel at the conference. Counsel may obtain a copy of the transcript following the issuance of the Court's ruling.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 41.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 12, 2024

VIA ECF
The Honorable Philip M. Halpern, U.S.D.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>Pachella v. Arivo Acceptance, LLC</u> *et al.*, 7:23-cv-1090 (PMH)

Dear Judge Halpern:

    This firm represents the Plaintiff. I am respectfully requesting the June 13, 2024, 12:00 p.m., hearing on Defendants' July 31, 2023 motion be adjourned. I am making this request because this week is my daughter's kindergarten graduation, my out-of-state family is in town for this and the plan was to spend tomorrow with them.

    This is the first request to adjourn the hearing which, if granted, would not affect any other dates or deadlines. I fully recognize this is a personal request, as opposed to the traditional adjournment request for scheduling conflicts and will make myself available if an adjournment is not possible.

    Finally, I contacted Defense counsel earlier today for their consent on this request but have not heard back from them, which is understandable considering the quick timing. I, however, wanted to submit this request sooner than later to give the Court as much advance notice.

    I appreciate the Court's consideration of this request.

                                                Respectfully submitted,
                                                LIPSKY LOWE LLP

                                                <u>s/ Douglas B. Lipsky</u>
                                                Douglas B. Lipsky

Cc:    Counsel of Record (Via ECF)